UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NELSON REIS,

Petitioner,

v.

WARDEN, GOLDEN STATE ANNEX
DETENTION FACILITY, et al.,

Respondents.

No.  1:26-cv-1899 DAD CSK

ORDER

Petitioner, an immigration detainee proceeding without counsel, filed a request for appointment of counsel and request to proceed in forma pauperis.  Examination of the affidavit reveals petitioner is unable to afford the costs of this action.  Accordingly, leave to proceed in forma pauperis is granted.  28 U.S.C. § 1915(a).  Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

The court has conducted a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.  Because petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents are directed to show cause why the writ should not be granted by filing an answer or motion to dismiss within 7 days from the date of this order.  See 28 U.S.C. § 2243.

1

This Court will defer ruling on petitioner's request for appointment of counsel until after reviewing respondent's response to the petition.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Petitioner's request to proceed in forma pauperis (ECF No. 2) is granted.

2.  Respondents are directed to file an answer or motion to dismiss within 7 days from the date of this order.

3.  Petitioner's reply/traverse to an answer or opposition to a motion to dismiss, if any, is due within 10 days after being served with a copy of respondents' answer or motion to dismiss. A reply by respondents to an opposition to a motion to dismiss is due within 7 days after being served with the opposition.

4.  The Clerk of the Court shall serve a copy of the petition and this order on the United States Attorney.

5.  Each party proceeding without counsel shall keep the court informed of the current address at all times while the action is pending.  Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address."  A notice of change of address must be properly served on other parties. Service of documents at the address of record for a party is fully effective.  L.R. 182(f).

Dated:  March 17, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/reis1899.2241.prose.100.imm

2