UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NELSON REIS,

              Petitioner,

    v.

WARDEN,

              Respondent.

No.  1:26-cv-01899-DAD-CSK (HC)

ORDER DENYING MOTION FOR IMMEDIATE RELEASE AS MOOT

(Doc. No. 26)

On June 29, 2026, petitioner filed a motion for immediate release, which the court construed as a third motion for temporary restraining order.  (Doc. No. 26.)  Therein, the only relief that petitioner seeks is his immediate release from immigration custody.  (*Id.* at 1–2.)  However, on June 24, 2026, the court issued an order granting petitioner's second motion for temporary restraining order and ordered his immediate release from custody.  (Doc. No. 25.)  On June 30, 2026, the court directed respondent to inform the court whether petitioner had been released from custody in compliance with the court's order.  (Doc. No. 27.)  On the same day, respondent filed a response to the court's order indicating that "[r]espondent's records indicate that Petitioner was released from detention on June 25, 2026, under an order of supervision in compliance with the Court's order."  (Doc. No. 28 at 1.)

/////

/////

1

Accordingly, the court DENIES petitioner's motion (Doc. No. 26) as moot.  The petition for writ of *habeas corpus* (Doc. No. 1) is re-referred to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **July 1, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2